UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


GARRETT SCHULER, et al.,

      Plaintiffs,

                               Case No. 1:24-cv-219

v.

                               Hon. Hala Y. Jarbou

B & L SYSTEMS, LLC, et al.,

      Defendants.
_____/

## **ORDER**

On September 4, 2024, the Court granted Defendant's motion to compel arbitration, stayed the case until arbitration is complete, and directed parties to file a status update every 60 days. (ECF No. 20.)  Parties have now filed a stipulation for dismissal.  (ECF No. 25.)

Accordingly,

**IT IS ORDERED** that the stay is **LIFTED** as arbitration is now complete.

**IT IS FURTHER ORDERED** that the parties' stipulation for dismissal (ECF No. 25) is **GRANTED** and this action is **DISMISSED** with prejudice and without costs or fees to any party.


Dated: May 28, 2025                    /s/ Hala Y. Jarbou
                                         HALA Y. JARBOU
                                         CHIEF UNITED STATES DISTRICT JUDGE